UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al.

                      Plaintiffs,

-against-

Family Rx Corp., et al.

                      Defendants.
-----------------------------------------------X

Docket No.:
1:23-cv-07291-LB

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

## STIPULATION EXTENDING DEFENDANTS QUICK HEALTH PHARMACY CORP. AND ILIA BOROKHOV'S TIME TO ANSWER COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that:

1. Defendants Quick Health Pharmacy Corp. and Ilia Borokhov (collectively, the "Defendants") acknowledge receipt of Plaintiffs' Complaint and accept service of Plaintiffs' Complaint as to the Defendants effective October 4, 2023.

2. Defendants' time to answer Plaintiffs' Complaint in this matter is extended up through and including November 20, 2023.

3. Defendants hereby waive any objections based upon insufficiency of process and lack of personal jurisdiction; and

4. Facsimile and electronic signatures shall be deemed originals for the purposes of this stipulation.

Dated: October 19, 2023
       Uniondale, New York

RIVKIN RADLER LLP

By: _____
    Michael Sirignano, Esq.
    Jennifer Abreu, Esq.
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000
*Attorneys for Plaintiffs*

GARY TSIRELMAN, P.C.

By: _____
    Gary Tsirelman, Esq.
129 Livingston Street, Second & Third Floors
Brooklyn, New York 11201
*Attorney for Defendants*